**332**

**HAWKEYE CASUALTY COMPANY, a Corporation, Appellant, v. Leon POWELL et al.**

No. 14109.

United States Court of Appeals
Eighth Circuit.

Sept. 14, 1950.

Sprinkle & Knowles, Kansas City, Mo., for appellant.

Trusty, Pugh & Green and Popham, Thompson, Popham, Mandell & Trusty, all of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on application of counsel for appellant in open Court.

---

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. BEST STAMP & MANUFACTURING COMPANY.**

No. 14200.

United States Court of Appeals.
Eighth Circuit.

Sept. 13, 1950.

A. Norman Somers, Assistant General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

William K. Atwood, Kansas City, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation filed with Board, and petition for enforcement.

---

**Clarence Russell PETERSON, Appellant, v. UNITED STATES of America.**

No. 14221.

United States Court of Appeals.
Eighth Circuit.

Sept. 26, 1950.

L. S. Forrest, Des Moines, Iowa, for appellant.

William R. Hart, United States Attorney, Iowa City, Iowa, Cloid I. Level, Assistant United States Attorney, Des Moines, Iowa, and William R. Sheridan, Assistant United States Attorney, Keokuk, Iowa, for appellee.

PER CURIAM.

Appeal or appeals docketed and dismissed, on motion of appellee.

---

**Philip VIDOR, Appellant, v. UNITED STATES of America.**

No. 14211.

United States Court of Appeals
Eighth Circuit.

Sept. 5, 1950.

David A. Bourgin and William J. Kraker, Virginia, Minn., for appellant.

C. U. Landrum, United States Attorney, and T. H. Wangensteen, Assistant United States Attorney, St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, for want of diligent prosecution, on motion of appellee.